NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

**DEBORAH L. SAUL, LAURA VASSAR, ET AL., LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET AL., ROBERT LEE TAYLOR, ET AL., AND DAWN HENRY,**
*Plaintiffs,*

AND

**RAYMOND CERMAK, SR., (ACTING INDIVIDUALLY AND UNDER A POWER OF ATTORNEY FOR STANLEY F. CERMAK, SR.), MICHAEL STEPHENS, ET AL., JESSE CERMAK, ET AL., DENISE HENDERSON, DELORES KLINGBERG, SALLY ELLA ALKIRE, PIERRE ARNOLD, JR., AND GETRUDE GODOY ET AL.,**
*Plaintiffs,*

AND

**JOHN DOES 1-30, WINONA C. THOMAS ENYARD, AND KITTO, ET AL.,**
*Plaintiffs,*

AND

**FRANCINE GARREAU, ET AL.,**
*Plaintiffs,*

AND

**FRANCIS ELAINE FELIX,**
*Plaintiff,*

AND

**KE ZEPHIER, ET AL.,**

*Plaintiffs,*

AND

## LOWER SIOUX INDIAN COMMUNITY,
*Plaintiff,*

AND

## PHILIP W. MORGAN,
*Plaintiff,*

AND

## REBECCA ELIZABETH FELIX,
*Plaintiff,*

AND

## VERA A. ROONEY, ET AL.,
*Plaintiffs,*

AND

## DANNY LEE MOZAK,
*Plaintiff-Cross Appellant,*

AND

## DAWN BURLEY, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## HARLEY ZEPHIER, SR.,
*Plaintiff-Cross Appellant,*

AND

## JOHN DOES 1-433,
*Plaintiffs-Cross Appellants,*

AND

## JULIA DUMARCE, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,
*Plaintiffs-Cross Appellants,*

AND

## KRISTINE ABRAHAMSON,
*Plaintiff-Cross Appellant,*

AND

## VICTORIA ROBERTSON VADNAIS,
*Plaintiff-Cross Appellant,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

## ON MOTION

---

# ORDER

The Shakopee Mdewakanton Sioux Community, Prairie Island Indian Community, and Lower Sioux Indian Community move to leave to file an amicus brief at a later date.

The movants state that because they seek to file the brief at a later date, they need not include the proposed brief with their motion. The court disagrees. If leave is required to file the brief, then the movants must include the proposed brief with the motion. The motion is denied without prejudice to refiling the motion with the proposed brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied without prejudice to refiling.

FOR THE COURT

AUG 1 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Wood R. Foster, Jr., Esq.
Scott Allen Johnson, Esq.
Garrett J. Horn, Esq.
Jack E. Pierce, Esq.
Elizabeth T. Walker, Esq.
Nicole Nachtigal Emerson, Esq.
Francis Elaine Felix

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2012

JAN HORBALY
CLERK

James Lawrence Blair, Esq.
Douglas R. Kettering, Esq.
Philip William Morgan
Rebecca Elizabeth Felix
Bernard Joseph Rooney, Esq.
Erick G. Kaardal, Esq.
Creighton A. Thurman, Esq.
Kelly Stricherz, Esq.
Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.

s25